# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOEL K. PARKER,<br><br>　　　　　　Defendant. | 2:06-CR-00109-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendant Parker's Pro Se Motion Requesting Dismissal for Lack of Jurisdiction and Standing (Doc. #102) and Motion Requesting Dismissal of the Indictment Due to Duplicity (Doc. #103). Plaintiff United States filed an Omnibus Response (Doc. #108). Having read and considered the foregoing the Court finds that both Motions filed by Defendant Parker in proper person must be denied.

Specifically, the record before the Court shows that the alleged victims, Quisenberry and Dillinger, are in fact federal officers or employees for purpose of determining jurisdiction under 18 U.S.C. § 111. Therefore, jurisdiction in this court is appropriate.

Additionally, 18 U.S.C. § 111 is not unconstitutionally vague and nothing in the Superseding Indictment is duplicitous. Each of the two counts of the Superseding Indictment charge separate violations of 18 U.S.C. § 111.

**IT IS THEREFORE ORDERED that** Defendant Joel Parker's Pro Se Motion Requesting Dismissal for Lack of Jurisdiction and Standing (Doc. #102) and Motion Requesting Dismissal of the Indictment Due to Duplicity (Doc. #103) are **DENIED**.

DATED: June 25, 2010.

_____
PHILIP M. PRO
United States District Judge