UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>Plaintiff,<br><br>vs.<br><br>Parker<br><br>Defendant. | District No.   2:06-CR-109-PMP-LRL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On October 29, 2010, this court received a transcript order dated October 28, 2010, requesting transcripts of a hearing held on June 25, 2010, from Mr. Jason Carr, counsel for defendant, in which **portions of the hearing was sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Mr. Carr.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of November, 2010.

_____
Philip M. Pro
United States District Judge